## THE UNITED STATES *v.* EVANS.

———

It is not a ground for a writ of error that the judge below refused to reinstate a cause after nonsuit.

ERROR to the district court for the Kentucky district.

In the court below, the judge at the trial rejected certain testimony which was offered by the attorney for the United States, who thereupon took a bill of exceptions, and became *nonsuit*, and afterwards, at the same term, moved the court to set aside the *nonsuit* and grant a new trial, upon the ground that the judge had erred in rejecting the testimony. But the court overruled the motion, and refused a new trial; whereupon the attorney for the United States sued out his writ of error.

The case was submitted by the *Attorney-General* and *Rowan*, without argument.

MARSHALL, Ch. J. delivered the opinion of the court, that in such a case, where there has been a *nonsuit*, and a motion to reinstate overruled, the court could not interfere.